IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.   TONIA OGBEIDE, | ) | |
| | ) | |
| Plaintiff, | ) | CIV-15-533-M |
| v. | ) | |
| | ) | |
| 1.   ASF OF EDMOND, L.L.C., d/b/a | ) | |
|       BRADFORD VILLAGE, and | ) | |
| 2.   BROOKDALE SENIOR LIVING | ) | |
|       COMMUNITIES, INC., a/k/a | ) | |
|       BROOKDALE SENIOR LIVING, | ) | |
|       d/b/a BRADFORD VILLAGE, | ) | |
| | ) | ATTORNEY LIEN CLAIMED |
| Defendants. | ) | JURY TRIAL DEMANDED |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, the Plaintiff, Tonia Ogbeide, hereby stipulates with the Defendants, ASF of Edmond, LLC, d/b/a Bradford Village and Bookdale Senior Living Communities. Inc., a/k/a Brookdale Senior Living, d/b/a Bradford Village, that her claims in the above-styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and fees.

Respectfully submitted this 23rd day of July, 2015.

| | |
|---|---|
| s/ Jana B. Leonard | s/ Jessica L. Craft *(signed with permission)* |
| Jana B. Leonard, OBA #17844 | Michael L. Carr, OBA #17805 |
| Emily Van Volkinburg, OBA #31744 | Jessica L. Craft, OBA #31126 |
| LEONARD & ASSOCIATES, P.L.L.C. | HOLDEN & CARR |
| 8265 S. Walker | 210 Park Avenue, Suite 1140 |
| Oklahoma City, OK 73139 | Oklahoma City, OK 73102 |
| Telephone: (405) 239-3800 | (918) 295-8888 |
| Facsimile: (405) 239-3801 | (918) 295-8889 (facsimilie) |
| leonardjb@leonardlaw.net | MikeCarr@HildenLitigation.com |
| emilyv@leonardlaw.net | JessicaCraft@HoldenLitigation.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |